

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00757-CR

Loribeth **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 15-08-11761-CR
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 12, 2018.

_____
Patricia O. Alvarez, Justice